Per curiam. Defendant having escaped from custody, the appeal is dismissed.

---

### STATE, EX REL. MELTON v. SLAUGHTER, P. J.

(Decided February 1, 1916. Rehearing denied March 30, 1916.) ·

APPEAL from Monroe Law and Equity Court.

Heard before Hon. W. G. McCORVEY.

CHARLES HYBART, for appellant. HARE & JONES, for appellee.

Per curiam. Affirmed on authority of *State, ex rel. Brown v. Slaughter, infra,* 71 South. 416.

---

### EX PARTE PUGH.

(Decided May 18, 1916.)

CERTIORARI to Court of Appeals.

R. H. FRIES, and W. A. JENKINS, for appellant. No counsel marked for appellee.

MAYFIELD, J.—Application by John C. Pugh as Judge to annul or revise an order of the Court of Appeals granting Townley as administrator a mandamus compelling said Judge to reinstate a certain cause upon the docket. See *State, ex rel. Townley v. Pugh, Judge,* 14 Ala. App. 585, 70 South. 973. Writ denied.

ANDERSON, C. J., SOMERVILLE and THOMAS, JJ., concur.

---

### SWEENEY, ET AL. v. SWEENEY, ET AL.

(Decided April 4, 1916.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

BOYLES & KOHN, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed by appellant.

---

### ALABAMA CITY G. & A. RY. CO. v. CITY OF GADSDEN.

(Decided July 6, 1916.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

HOOD & MURPHREE, for appellant. M. C. SIVLEY, and W. J. MARTIN, for appellee.

MAYFIELD, J.—Affirmed on authority of this case as reported in 185 Ala. 263, 64 South. 91.

ANDERSON, C. J., SOMERVILLE and THOMAS, JJ., concur.